UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LAKAISHA GALLAHER, )
    Plaintiff, )
)
v. ) No. 3:09-CV-234
) (Phillips)
SOUTHERN TUBE FORM, LLC, *et al.*,, )
    Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the Report and Recommendation by the magistrate judge, the Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Lakaisha Gallaher take nothing, that this action be **DISMISSED** but without prejudice to plaintiff's rights to refile her state claims in the proper state court.

Dated at Knoxville, Tennessee, this _____ day of June, 2009.

                                              s/ Patricia L. McNutt
                                              Clerk of Court