UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LAKAISHA GALLAHER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:09-CV-234<br>)   (Phillips) |
| SOUTHERN TUBE FORM, LLC, et al.,<br>    Defendants. | )<br>) |

### ORDER

There being no timely objection by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 12] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on July 31, 2009, is hereby **ACCEPTED IN WHOLE** whereby plaintiff's motion to proceed on appeal *in forma pauperis* [Doc. 10] is **DENIED.**

IT IS SO ORDERED.

ENTER:

    s/ Thomas W. Phillips
    United States District Judge